UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., WARNER MUSIC GROUP CORP., and ZOMBA RECORDING LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>CESAR CHAVEZ, and DOES 1-10, D/B/A GROOVESHARK.IM,<br><br>*Defendants*. | Case No. 16-CV-981 (AJN)<br><br>**DECLARATION OF KENNETH L. DOROSHOW SUBMITTED PURSUANT TO THE COURT'S FEBRUARY 22, 2016 ORDER** |

I, Kenneth L. Doroshow, declare as follows:

1. I am an attorney with the law firm of Jenner & Block LLP, and I represent the Plaintiffs in the above-captioned action. I submit this declaration pursuant to the Order issued by this court on February 22, 2016 (the "February 22 Order"), requiring proof of service of the February 22 Order. The statements made in this declaration are based on my personal knowledge or upon information provided to me by personnel working under my supervision that I believe to be correct. If called to testify as a witness, I would testify as follows:

2. Owing to an administrative error, the Court's February 22 Order was not served on Defendants until this morning, February 25, 2016, when I caused a true and correct copy of the February 22 Order, as well as the two Orders issued by this Court today, to be served via

electronic mail on Defendants at the following email address: cesar2305@hotmail.com. A true and correct copy of that email to Defendants is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 25, 2016

New York, New York

Kenneth L. Doroshow